JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

HUIQUAN TAN,

               Plaintiff,

     v.

DAVID M. RADEL,

               Defendant.

Case No. CV 24-2209 PA (MAAx)

JUDGMENT OF DISMISSAL

     In accordance with the Court's June 20, 2024 Minute Order dismissing this action as moot,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: June 20, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE